**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**David J. Collins**
**Sharla L. Collins**
**fka Sharla L. Ferrari**
   Debtor(s)

Bankruptcy Case No.: 13–20036–GLT
Related to Docket No. 81
Chapter: 13
Docket No.: 82 – 81
Concil. Conf.: February 16, 2017 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **January 5, 2017,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **January 20, 2017,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **February 16, 2017** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: November 21, 2016

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

>Ronda J. Winnecour, Trustee
>P.O. Box 84051
>Chicago, IL 60689–4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                  Case No. 13-20036-GLT
David J. Collins                                                        Chapter 13
Sharla L. Collins
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0315-2           User: ctak                   Page 1 of 2                  Date Rcvd: Nov 21, 2016
                               Form ID: 213                 Total Noticed: 25


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db/jdb        +David J. Collins,    Sharla L. Collins,    451 Spring Valley Road,    West Mifflin, PA 15122-2540
cr             Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr            +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
               Pittsburgh, PA 15212-5860
13542526      +Allegheny County,    c/o Jordan Tax Service Inc.,    P.O. Box 200,    Bethel Park, PA 15102-0200
13542527      +Chase Mortgage Corporation,    3415 Vision Drive,    Columbus, OH 43219-6009
13588685      +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
               Pittsburgh, PA 15219-6101
13715892      +Deutsche Bank National Trust Company, as Trustee,    c/o KML Law Group, P.C.,
               701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13542530       ECMC,   P.O. Box 75906,    Saint Paul, MN 55175
13568297      +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
               Pittsburgh, PA 15212-5860
13542531      +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
13643810      +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,   Columbus, OH 43219-6009
13542533       Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13542534      +KML Law Group PC,    701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
13542535      +Legal Tax Service,    PO Box 10020,    Pittsburgh, PA 15236-6020
13542536      +Legal Tax Service, Inc.,    714 Lebanon Road,    West Mifflin, PA 15122-1030
13553751      +West Mifflin Area School District (West Mifflin Bo,     Keystone Collections Group,
               c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13542538      +West Mifflin Borough,    c/o Keystone Municipal Collections,    546 Wendel Road,
               Irwin, PA 15642-7539
13542539      +West Mifflin School District,    c/o Keystone Municipal Collections,    546 Wendel Road,
               Irwin, PA 15642-7539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2016 02:33:00
               Recovery Management Systems Corporation,    25 S.E. Second Avenue,    Suite 1120,
               Miami, FL  33131-1605
13542529      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Nov 22 2016 02:30:52     Duquesne Light Company,
               411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13598654      +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Nov 22 2016 02:30:52     Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
               Pittsburgh, PA 15219-1908
13542532      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2016 02:49:56
               Household Finance Company,    c/o Portfolio Recovery Associates,    P.O. Box 41067,
               Norfolk, VA 23541-1067
13631674       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2016 02:49:56
               Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
13542537      +E-mail/Text: bhandra@pc-fcu.org Nov 22 2016 02:30:47
               Parkview Community Federal Credit Union,    2100 Eden Park Boulevard,
               McKeesport, PA 15132-7621
13551557       E-mail/PDF: rmscedi@recoverycorp.com Nov 22 2016 02:32:42
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Allegheny County
cr             Deutsche Bank National Trust Company, as Trustee,
cr             Deutsche Bank National Trust Company, as Trustee,
cr             JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
13542528*     +Chase Mortgage Corporation,    3415 Vision Drive,    Columbus, OH 43219-6009
                                                                                              TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                      Signature:  /s/Joseph Speetjens

```
District/off: 0315-2          User: ctak                 Page 2 of 2              Date Rcvd: Nov 21, 2016
                              Form ID: 213               Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 21, 2016 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
           agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
           al... agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Kenneth Steidl    on behalf of Debtor David J. Collins julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Kenneth Steidl    on behalf of Joint Debtor Sharla L. Collins julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
           nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
          Kimberly A. Bonner    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
           trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates,
           Series 2006-7 amps@manleydeas.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                              TOTAL: 10
```