IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | | |
| David J. Collins | : | Case No.13-20036 GLT |
| Sharla L. Collins | : | Chapter 13 |
| Debtor(s) | : | |
| Ronda J. Winnecour, Trustee | : | |
| | : | Re Doc |
| Movant(s) | : | |
| | : | |
| vs. | : | |
| | : | |
| JPMorgan Chase Bank, N.A. | : | |
| | : | Hearing Date |
| Respondent(s) | | |

### CERTIFICATION OF NO OBJECTION REGARDING TRUSTEE'S MOTION TO DEEM MORTGAGE PAID IN FULL AND TO COMPEL PRODUCTION OF PROOF OF SATISFACTION

The undersigned hereby certifies that as of the date hereof, no answer, objection or other responsive pleading to the Trustee's OBJECTION/MOTION filed on 1/11/17 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Trustee's Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Trustee's Motion were to be filed and served no later than 1/31/2017.

2/03/17

/s/ Ronda J. Winnecour
Ronda J. Winnecour
Chapter 13 Trustee PA I.D.#30399
U.S. Steel Tower- Suite 3250
600 Grant Street
Pittsburgh PA  15219
cmecf@chapter13trusteewdpa.com