Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **David J. Collins** | : | Case No. 13−20036−GLT |
| **Sharla L. Collins** | : | Chapter: 13 |
| **fka Sharla L. Ferrari** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Related to Docket No. 81 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

*AND NOW,* this **7th day of February, 2017,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
In re:                                                            Case No. 13-20036-GLT
David J. Collins                                                  Chapter 13
Sharla L. Collins
        Debtors                    CERTIFICATE OF NOTICE
District/off: 0315-2           User: dbas                  Page 1 of 2                  Date Rcvd: Feb 07, 2017
                               Form ID: 309                Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2017.
db/jdb         +David J. Collins,    Sharla L. Collins,    451 Spring Valley Road,    West Mifflin, PA 15122-2540
cr              Duquesne Light Company,    c/o Peter J. Ashcroft,    2200 Gulf Tower,    Pittsburgh, PA 15219
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,    225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
13542526       +Allegheny County,    c/o Jordan Tax Service Inc.,    P.O. Box 200,    Bethel Park, PA 15102-0200
13542527       +Chase Mortgage Corporation,    3415 Vision Drive,    Columbus, OH 43219-6009
13588685       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
13715892       +Deutsche Bank National Trust Company, as Trustee,    c/o KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13568297       +Equitable Gas Company,    c/o Donna Treemarchi,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860
13542531       +First National Bank of Pennsylvania,    4140 East State Street,    Hermitage, PA 16148-3401
13643810       +JPMorgan Chase Bank, N.A.,    3415 Vision Drive,    OH4-7133,    Columbus, OH 43219-6009
13542533        Jordan Tax Service,    102 Rahway Road,    McMurray, PA 15317-3349
13542534       +KML Law Group PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13542535       +Legal Tax Service,    PO Box 10020,    Pittsburgh, PA 15236-6020
13542536       +Legal Tax Service, Inc.,    714 Lebanon Road,    West Mifflin, PA 15122-1030
13553751       +West Mifflin Area School District (West Mifflin Bo,     Keystone Collections Group,
                 c/o Kratzenberg & Lazzaro,    546 Wendel Rd.,    Irwin, PA 15642-7539
13542538       +West Mifflin Borough,    c/o Keystone Municipal Collections,    546 Wendel Road,
                 Irwin, PA 15642-7539
13542539       +West Mifflin School District,    c/o Keystone Municipal Collections,    546 Wendel Road,
                 Irwin, PA 15642-7539

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              EDI: RECOVERYCORP.COM Feb 08 2017 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,    Suite 1120,   Miami, FL 33131-1605
13542529       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 08 2017 01:30:44      Duquesne Light Company,
                 411 Seventh Avenue,    Pittsburgh, PA 15219-1942
13598654       +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Feb 08 2017 01:30:44      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant Street,    Suite 2200 Gulf Tower,
                 Pittsburgh, PA 15219-1908
13542530        EDI: ECMC.COM Feb 08 2017 01:23:00      ECMC,   P.O. Box 75906,    Saint Paul, MN 55175
13542532       +EDI: PRA.COM Feb 08 2017 01:23:00      Household Finance Company,
                 c/o Portfolio Recovery Associates,    P.O. Box 41067,    Norfolk, VA 23541-1067
13631674        EDI: PRA.COM Feb 08 2017 01:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
13542537       +E-mail/Text: bhandra@pc-fcu.org Feb 08 2017 01:30:41
                 Parkview Community Federal Credit Union,    2100 Eden Park Boulevard,
                 McKeesport, PA 15132-7621
13551557        EDI: RECOVERYCORP.COM Feb 08 2017 01:23:00      Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
                                                                                               TOTAL: 8

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Deutsche Bank National Trust Company, as Trustee,
cr              Deutsche Bank National Trust Company, as Trustee,
cr              JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
13542528*      +Chase Mortgage Corporation,    3415 Vision Drive,    Columbus, OH 43219-6009
                                                                                TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2017                                       Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: dbas                  Page 2 of 2                    Date Rcvd: Feb 07, 2017
                               Form ID: 309                Total Noticed: 25
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2017 at the address(es) listed below:
              Andrew F Gornall    on behalf of Creditor    JPMORGAN CHASE BANK, NATIONAL ASSOCIATION
               agornall@goldbecklaw.com,   bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              Andrew F Gornall    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... agornall@goldbecklaw.com,    bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, et
               al... bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,    cnoroski@grblaw.com
              Kenneth Steidl    on behalf of Debtor David J. Collins julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Kenneth Steidl    on behalf of Joint Debtor Sharla L. Collins julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com
              Kimberly A. Bonner    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, in
               trust for registered Holders of Long Beach Mortgage Loan Trust 2006-7, Asset-Backed Certificates,
               Series 2006-7 amps@manleydeas.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
               rive.com
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                               TOTAL: 11
```