**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

DAVID J. COLLINS
SHARLA L. COLLINS
    Debtor(s)

Case No.:13-20036 GLT

Ronda J. Winnecour
    Movant
    vs.
No Repondents.

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 01/04/2013 and confirmed on 02/26/2013 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 80,008.52 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 80,008.52 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,300.00 | |
|     Trustee Fee | 2,891.27 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,191.27 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| DEUTSCHE BANK NATNL TRUST CO | 0.00 | 43,838.33 | 0.00 | 43,838.33 |
|     Acct: XXXXXXXXX2/13 | | | | |
| JPMORGAN CHASE BANK NA | 5,075.58 | 5,075.58 | 0.00 | 5,075.58 |
|     Acct: XXXXXXXXX2/13 | | | | |
| DEUTSCHE BANK NATNL TRUST CO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 8127 | | | | |
| DEUTSCHE BANK NATNL TRUST CO | 30,867.83 | 18,260.43 | 0.00 | 18,260.43 |
|     Acct: XXXXXXXXX1/13 | | | | |
| JPMORGAN CHASE BANK NA | 458.33 | 458.33 | 0.00 | 458.33 |
|     Acct: XXXXXXXXX1/13 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX9-12 | | | | |
| WEST MIFFLIN BOROUGH (RE) | 432.48 | 432.48 | 86.66 | 519.14 |
|     Acct: XXXXXXXXX9-12 | | | | |
| WEST MIFFLIN ASD (ALL AREAS) (RE)** | 1,838.03 | 1,838.03 | 368.33 | 2,206.36 |
|     Acct: XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX9-12 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXX2013 | | | | |

| 13-20036 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Secured** | | | | |
| PARKVIEW COMMUNITY FCU* | 3,100.00 | 3,100.00 | 359.08 | 3,459.08 |
| Acct: 6186 | | | | |
| | | | | 73,817.25 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DAVID J. COLLINS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STEIDL & STEINBERG | 3,300.00 | 3,300.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEST MIFFLIN ASD (W MIFFLIN BORO) (EI | 556.61 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX8-09 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 362.32 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXX3;13 | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| DUQUESNE LIGHT COMPANY* | 416.79 | 0.00 | 0.00 | 0.00 |
| Acct: 0002 | | | | |
| ECMC(*) | 7,199.67 | 0.00 | 0.00 | 0.00 |
| Acct: 3529 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: ? | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 15,436.61 | 0.00 | 0.00 | 0.00 |
| Acct: 1417 | | | | |
| EQUITABLE GAS CO (*) | 225.61 | 0.00 | 0.00 | 0.00 |
| Acct: XXX0662 | | | | |
| WEST MIFFLIN ASD (W MIFFLIN BORO) (EI | 722.56 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX8-09 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 154.23 | 0.00 | 0.00 | 0.00 |
| Acct: 7923 | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ANDREW F GORNALL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9957 | | | | |
| GE CAPITAL RETAIL BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8303 | | | | |
| SCOTT A DIETTERICK ESQ**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                                73,817.25

```
TOTAL CLAIMED
PRIORITY              918.93
SECURED            41,772.25
UNSECURED          24,155.47
```

Date: 05/22/2017                              /s/ Ronda J. Winnecour
                                              RONDA J WINNECOUR PA ID #30399
                                              CHAPTER 13 TRUSTEE WD PA
                                              600 GRANT STREET
                                              SUITE 3250 US STEEL TWR
                                              PITTSBURGH, PA  15219
                                              (412) 471-5566
                                              cmecf@chapter13trusteewdpa.com